AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

ROSS D. HARTINGTON, DANIEL J. BOYLE, BETTY J. FARIZER, BARBARA A. BURKE, EILEEN R. EMERSON, DINA MELUCCI, BARBARA SHERMAN, DIANE L. AND THEODORE G. RACINE, MICHAEL P. AND MARIA M. KELLEY and KARI L. CORVENO

V.

Ameriquest Mortgage Company

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 365 S

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
c/o: National Registered Agents Inc
222 Jefferson Blvd. Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P. O Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE August 11, 2006

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 15 2006 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Ameriquest Mortgage Co. Thru Agent For Service National Registered Agents 222 Jefferson Blvd. Warwick R.I.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/15/06
Date

[signature]
Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.