# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROSS D. HARTINGTON, DANIEL J. BOYLE, BETTY J. FARIZER, BARBARA A. BURKE, EILEEN R. EMERSON, DINA MELUCCI, BARBARA SHERMAN, DIANE L. and THEODORE G. RACINE, MICHAEL P. and MARIA M. KELLEY and KARI L. CORVENO,
Plaintiffs,

v.

AMERIQUEST MORTGAGE COMPANY,
Defendant.

C.A. No. 06-365 S

9/5/06: GRANTED. [signature] USMJ

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Ameriquest Mortgage Company ("Ameriquest") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to plaintiffs' Complaint ("Complaint") up through and including September 28, 2006. As grounds for the motion, Ameriquest states:

1. Defendant Ameriquest's response to the Complaint is currently due on September 5, 2006.

2. Plaintiffs' counsel agreed to extend the time by which Ameriquest was to answer or otherwise respond to the Complaint.

3. This action has been designated as a "tag-along" action and is thus subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as <u>In re Ameriquest Mortgage</u>