# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

October 12, 2006

RECEIVED
OCT 18 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-8)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 26, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment
cc: Transferee Judge: Judge Marvin E. Aspen
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JPML Form 36

# SCHEDULE CTO-8 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| FLORIDA SOUTHERN | |
| FLS 1 06-21814 | Maynor Villagran v. Ameriquest Mortgage Co. - 06C5699 |
| MICHIGAN WESTERN | |
| MIW 1 06-529 | George D. Krise, et al. v. Ameriquest Mortgage Co., et al. - 06C5700 |
| MIW 1 06-618 | Randy Parker, et al. v. Ameriquest Mortgage Co. - 06C5701 |
| MINNESOTA | |
| MN 0 06-3129 | Raymond Carlson, et al. v. Ameriquest Mortgage Co. - 06C5702 |
| OHIO SOUTHERN | |
| OHS 3 06-245 | Douglas W. Miller v. Ameriquest Mortgage Co. - 06C5703 |
| PENNSYLVANIA MIDDLE | |
| ~~PAM 1 06-1595~~ | ~~Lisa M. Garacia v. Ameriquest Mortgage Co.~~ Opposed 10/12/06 |
| ~~PAM 1 06-1596~~ | ~~Mary A. Maltese v. Ameriquest Mortgage Co.~~ Opposed 10/12/06 |
| RHODE ISLAND | |
| RI 1 06-231 | Stephen R. Korlacki v. Ameriquest Mortgage Co. - 06C5704 |
| RI 1 06-347 | Sandra L. Duhamel, et al. v. Ameriquest Mortgage Co. - 06C5705 |
| RI 1 06-353 | Jeannie C. Monteiro v. Ameriquest Mortgage Co. - 06C5706 |
| RI 1 06-365 | Ross D. Hartington, et al. v. Ameriquest Mortgage Co. - 06C5707 |
| RI 1 06-374 | Jamie M. Bertenshaw, et al. v. Ameriquest Mortgage Co. - 06C5708 |

# INVOLVED COUNSEL LIST (CTO-8)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Susan Ford Bedor
Crowder, Bedor & Paulson, LLP
555 W. 7th Street
Suite 201
St. Paul, MN 55102

Harry William Cappel
Graydon, Head & Ritchey
511 Walnut Street
1900 Fifth Third Center
Cincinnati, OH 45202

David W. Centner
Clark Hill, PLC
300 Ottawa Ave., N.W.
Suite 300
Grand Rapids, MI 49503

Jeremy D. Feinstein
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Richard J. Fuller
Mansfield, Tanick & Cohen, P.A.
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Joseph K. Goldberg
Law Office of Joseph K. Goldberg
2080 Linglestown Road
Suite 106
Harrisburg, PA 17110

Samuel Lawrence Huffman
Huffman, Landis, Weaks & Wise
80 South Plum Street
Troy, OH 45373

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Don A. Lynn
Shutts & Bowen, L.L.P.
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131

Howard W. Mazloff
9300 S. Dadeland Blvd.
Suite 310
Miami, FL 33156

Steven J. McLaird
Dorsey & Whitney LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Carolyn P. Medina
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

David L. Skidmore
Warner, Norcross & Judd
900 Old Kent Building
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mark L. Tamburri
Reed Smith, LLP
James H. Reed Bldg.
435 Sixth Avenue
Pittsburgh, PA 15219

Curtis Charles Warner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Avenue, N.W.
Suite 700
Grand Rapids, MI 49503

**INVOLVED JUDGES LIST (CTO-8)**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

~~Hon. Christopher C. Conner~~
~~U.S. District Judge~~
~~United States District Court~~
~~P.O. Box 847~~
~~Harrisburg, PA 17108-0000~~

Hon. Richard A. Enslen
Senior U.S. District Judge
Federal Building
410 West Michigan
Kalamazoo, MI 49007

~~Hon. Yvette Kane~~
~~U.S. District Judge~~
~~U.S. Courthouse~~
~~P.O. Box 11817~~
~~Third and Walnut Streets~~
~~Harrisburg, PA 17108~~

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Thomas M. Rose
U.S. District Judge
910 U.S. Courthouse
200 West Second Street
Dayton, OH 45402

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

**INVOLVED CLERKS LIST (CTO-8)**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

James Bonini, Clerk
P.O. Box 970
Mid City Station
Dayton, OH 45402

~~Mary E. D'Andrea, Clerk~~
~~P.O. Box 983~~
~~Harrisburg, PA 17108-0983~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503